RECEIVED

OCT 1 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RONALD J. JOSEPH | CIVIL ACTON NO.: 04-2308 |
| VERSUS | JUDGE DOHERTY |
| NOBLE DRILLING CORPORATION, ET AL | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING

Currently pending before this Court is a Motion for Summary Judgement [Doc. 32] filed by defendant, Noble Energy, Inc. ("Noble"), formerly known as Samedan Oil Corporation, in which Noble seeks summary judgment for all claims made against it, arguing plaintiff cannot sustain his burden of establishing there was a defect in Noble's crane which caused plaintiff's injury, or that Noble was negligent in failing to properly maintain and/or operate the crane. No party has opposed this motion.

Therefore, the Motion for Summary Judgment, appearing to be well-founded in both law and fact and being unopposed by all parties, will be GRANTED. All claims against Noble Energy, Inc. are hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Lafayette, Louisiana, this _12th_ day of October, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE