RECEIVED

OCT 1 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RONALD J. JOSEPH | CIVIL ACTON NO.: 04-2308 |
| VERSUS | JUDGE DOHERTY |
| NOBLE DRILLING CORPORATION, ET AL | MAGISTRATE JUDGE HILL |

## ORDER

Considering the Motion for Summary Judgment filed on behalf of defendant, Noble Energy, Inc., the motion being unopposed and appearing to be well-founded in both law and fact;

IT IS HEREBY ORDERED that the Motion for Summary Judgment [Doc. 32] shall be and hereby is GRANTED. All claims by plaintiff against Noble Energy, Inc. are hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 12th day of October, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE